~~SEALED~~

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2013-2
MARCH 24, 2015 SESSION



FILED
MAR 25 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-cr-00059

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

GARY BRIAN ADAMS

# INDICTMENT

The Grand Jury Charges:

1. On or about May 5, 2013, at or near Chapmanville, Logan County, West Virginia, within the Southern District of West Virginia, defendant GARY BRIAN ADAMS did knowingly possess the following firearms, in and affecting interstate commerce:

   a. FNH, Model FNP, .45 caliber pistol;

   b. Mossberg, Model 500, 12 gauge shotgun;

   c. Rock River Arms, Model LAR-8, 7.62 mm rifle.

2. At the time defendant GARY BRIAN ADAMS possessed the aforesaid firearms, he had been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. 921(a)(20): Two counts of delivery of a controlled substance, in violation of WV Code § 60A-4-401.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                UNITED STATES OF AMERICA

                                R. BOOTH GOODWIN II
                                United States Attorney

By: _____
       Steven Loew
       Assistant United States Attorney