IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-00059

GARY BRIAN ADAMS

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    ____ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    ____ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    ____ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    ____ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    ✓ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    ____ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    ✓ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    ____ Defendant's appearance as required

    ✓   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

    ____ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    ____ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    ____ At first appearance

    ✓   After continuance of  3   days (not more than 3).

5. <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. Other Matters.

_____

_____

DATED: March 30, 2015

R. BOOTH GOODWIN II
United States Attorney


s/STEVEN I. LOEW
Steven I. Loew
Assistant United States Attorney
WV State Bar No. 7412
300 Virginia Street, E., Room 4000
Charleston, WV 25301
304-345-2200 Fax: 304-347-5104
E-mail: steven.loew2@usdoj.gov