# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/27/2015                                                      Case Number 2:15-cr-00059
Case Style: USA vs. Gary Brian Adams
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                          Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Jennifer Rada-Herrald

Attorney(s) for the Defendant(s) Lex Coleman

Law Clerk Charlie Merritt                                            Probation Officer Matthew Lambert

## Trial Time

## Non-Trial Time

## Court Time

2:01    to 2:32
Total Court Time: 0 Hours 31 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:01 p.m.

Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court exhibit filed under seal.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 19
    Criminal History: III
    Custody Range: 37-46 months
    Supervised Release Range: 1-3 years
    Fine Range: $6,000 - $60,000
    Assessment: $100
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 37 months
    Supervised Release: 3 years
    Fine: none imposed
    Assessment: $100
Court states reasons for sentence imposed.
Defendant remanded.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 2:32 p.m.

District Judge Daybook Entry